■ RAISING DOUGH, INC., Appellant, v GLENDALE SYSTEMS, INC., Respondent. [639 NYS2d 728]

The Supreme Court properly granted the defendant's motion

to dismiss the complaint. The plaintiff's claim for damages has been fully satisfied pursuant to a stipulation of settlement in a related action.

The plaintiff's remaining contentions are without merit. Balletta, J. P., O'Brien, Altman and Friedmann, JJ., concur.